```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF PUERTO RICO

SEBASTIAN ALDRICH GOMEZ, by and
through his parents, Laura Gómez
and Santiago Aldrich,
                                          Civil No. 08-1545 (JAF)
     Plaintiffs,

     v.

COMMONWEALTH OF PUERTO RICO;
DEPARTMENT OF EDUCATION,
through its Secretary, Hon.
Rafael Aragunde,

     Defendants.
```

**O R D E R**

At the preliminary injunction hearing held on May 21, 2008, Plaintiffs informed the court as to their request for injunctive relief: Defendants' failure to provide Plaintiff a home-bound teacher as required by federal law. Attorney Wandymar Burgos-Vargas appeared on behalf of the Defendants. The court suggested alternatives and the parties were asked to appear again on May 22, 2008, at 2:00 P.M.

After hearing both parties again, Defendant Department of Education agreed to provide Plaintiff a home-bound teacher with knowledge in sign language by May 23, 2008, for the extended summer-school period ending on July 30, 2008. Defendants will file with the court, **on or before July 5, 2008,** a written confirmation identifying the qualified home-bound school teacher assigned to Plaintiff for the school year 2008-2009.  This assigned teacher must have a

Civil No. 08-1545 (JAF)                                                           -2-

permanent position with the Department of education and his or her services must be provided to Plaintiff uninterruptedly.

This court will retain jurisdiction until Defendants comply with this Order and to make sure of Defendants' strict compliance with the terms of the same. Failure by the Department of Education to provide the uninterrupted services of a qualified home-bound school teacher to the Plaintiff will carry severe sanctions. Plaintiffs are **ORDERED** to immediately notify the court of any violation to the terms of this Order.

This Order is entered in the nature of a preliminary injunction, the court retaining jurisdiction to enforce the stipulation contained herein.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 23rd day of May, 2008.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                        Chief U. S. District Judge